# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

**GUSTAVO GARDENIA AMARO,**

      **Plaintiff,**

      **vs.**                                **Civ. No. 25-512 LF/JFR**

**DIRECTOR OF UNITED STATES
CITIZENSHIP AND IMMIGRATION
SERVICES,**

      **Defendant.**

## SECOND ORDER TO SHOW CAUSE

**THIS MATTER** is before the Court on Plaintiff's *Proof of Service*, filed September 11, 2025. Doc. 8. On September 3, 2025, the Court entered an Order to Show Cause, noting that the record reflects that Defendant had not been served within the 90-day deadline set by the Federal Rule of Civil Procedure 4(m). In response, Plaintiff filed a *Proof of Service* stating as follows:

> I hired a company called Letter Stream to send copies of the summons, complaint, and other documents required to be served by this Court to the relevant United States Attorney's Office, United States Attorney General, and United States Citizenship and Immigration Services via certified mail on the delivery dates reflected in U.S. Post Service Delivery (with Signature Required) attached as Exhibit A.

Doc. 8 at 1. Plaintiff certifies he mailed a copy of the *Proof of Service* to the U.S. Attorney's Office via first class mail.[1] Doc. 8 at 2. "Exhibit A" consists of three receipts sent to Letter Stream from the United States Postal Service, each of which identifies a certified mail item number, a delivery date, and the city and zip code where the item was delivered. Doc. 8 at 3-5. Each receipt also contains a recipient signature and recipient address. *Id.* None of the receipts contain the name

---

[1] Plaintiff's Certificate of Service does not provide an address for the U.S. Attorney's Office.

of the agency or justice departments served or the designated recipients. Plaintiff's *Proof of Service*, therefore, has not made it clear to the Court that Plaintiff has properly effected service on Defendant.

Serving an agency of the United States requires a party to "serve the United States and also send a copy of the summons and of the complaint by registered or certified mail to the agency, corporation, officer, or employee." Fed. R. Civ. P. 4(i)(2). Service on the United States requires a party to:

> (A)(i) deliver a copy of the summons and of the complaint to the United States attorney for the district where the action is brought—or to an assistant United States attorney or clerical employee whom the United State attorney designates in a writing filed with the court clerk—or
>
> (ii) send a copy of each registered or certified mail to the civil -process clerk at the United States attorney's office;
>
> (B) send a copy of each by registered or certified mail to the Attorney General of the United States at Washington, D.C.; and
>
> (C) if the action challenges an order of a nonparty agency or officer of the United States, send a copy of each by registered or certified mail to the agency or officer.

Fed. R. Civ. P. 4(i)(1).

Here, the first receipt in Exhibit A reflects service of certified mail item number 9214 8901 2498 0420 1789 15 to an address in Essex Junction, Vermont. Doc. 8 at 3. The Court takes judicial notice that the recipient address on this receipt is for the "Vermont Service Center" of the United States Citizenship and Immigration Services ("USCIS"), but the USCIS website requires that service of process for actions against it or its personnel in their official capacity must be made to "USCIS, Office of the Chief Counsel, 5900 Capital Gateway Drive, Mail Stop 2120, Camp Springs, MD 20588-0009."[2]

---

[2] *See* https://www.uscis.gov/about-us/contact-us; *see also* https://www.uscis.gov/laws-and-policy/uscia-serivce-of-process-notice.

The second and third receipts reflect recipient addresses for the U.S. Attorney's Office for the District of New Mexico and the U.S. Attorney General; however, in the absence of specifically named justice departments or addressee names on either receipt, it is not clear to the Court if Plaintiff addressed the summons and complaint to the designated agent at the U.S. Attorney General who accepts service of process on behalf of the U.S. Attorney General.[3]

**IT IS THEREFORE ORDERED** that Plaintiff shall, within 14 days of entry of this Order, either show cause that he has properly effected service or provide the Court with a written explanation as to why he believes service has been properly completed. Failure to timely show cause may result in dismissal of this case without prejudice.

**JOHN F. ROBBENHAAR**
**UNITED STATES MAGISTRATE JUDGE**

---

[3] See https://www.justice.gov/jm/jm-5-5000-procedures#5-5.124 – Service of Process (explaining that the Attorney General has designated the Assistant Attorney General for Administration, Justice Management Division, to accept service of summonses and complaints).